IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MILTON LEVERNE JOHNSON,

      Appellant,

  v.

                               Case No. 5D21-2860
                               LT Case No. 2021-CF-000373-54

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 10, 2022

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender,
and Ali L. Hansen, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.


      AFFIRMED.


WALLIS, EDWARDS and WOZNIAK, JJ., concur.